**Bruce W. Brewer**,  OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RICHARD SMITH**,

        Plaintiff,

vs.

**COMMISSIONER,**
of Social Security Administration,

        Defendant.

Case No. 3:18-cv-02029-SI

ORDER (EAJA FEES)

It is ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Plaintiff's motion (ECF #28) is GRANTED and an attorney fee in the amount of $5,627.02 is hereby awarded to Plaintiff.  Defendant does not object and the parties have no dispute.  It is further ORDERED that the aforementioned attorney fee shall be paid directly to Plaintiff's attorney if Plaintiff has no debt which qualifies for offset against the awarded fees pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).  If Plaintiff has no such debt, then it is ORDERED that the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to him at PO Box 421, West Linn, OR 97068.  If Plaintiff has such

1 - ORDER FOR EAJA FEES

debt, then it is ORDERED the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above. There are no costs or expenses to be paid herein.

DATED this __18th__ day of August, 2020.

_/s/ Michael H. Simon_____
The Honorable Michael H. Simon
U.S. District Court Judge

Submitted by:
Bruce W. Brewer, OSB No. 925581
503-621-6633, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES